STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
SUPERIOR COURT
CIVIL DOCKET SHEET

08-685

Case ID: WC-2008-0080 JOHN SMYTH V GENERAL ELECTRIC CO

Filing Date: 02-05-2008
Case Status: CLOSED DURING DISCOVERY

Case Type: MALPRACTICE/MEDICAL
Status Date: 03-03-2008

Plaintiff: JOHN SMYTH — Attorney: DAVID MAGLIO
ID: @10972924
Plaintiff: CYNTHIA SMYTH — Attorney: DAVID MAGLIO
ID: @10972925
Defendant: GENERAL ELECTRIC COMPANY
ID: @10255674
Defendant: GE HEALTHCARE INC
ID: @10972931
Defendant: GE HEALTHCARE BIO SCIENCES CORP
ID: @10972933
Defendant: RHODE ISLAND HOSPITAL — Attorney: WILLIAM JESTINGS
ID: @10264658
Defendant: MIRIAM HOSPITAL — Attorney: WILLIAM JESTINGS
ID: @10260622

## Scheduled Events

| Date | Event | Location | Judge |
|---|---|---|---|

## Prior Events

| Date | Event | Location | Judge |
|---|---|---|---|

## Case Jacket

| Checked Out | Returned | Person | Comments/Text |
|---|---|---|---|

## Docket Entry Information

| Date | Description | Text |
|---|---|---|
| 02-05-2008 | COMPLAINT FILED | |
| 02-05-2008 | INITIAL FILING FEE | |
| 02-05-2008 | Payment Applied | A Payment of -$160.00 was made on receipt SCW37413. |
| 02-12-2008 | SUMMONS,PROOF OF SERVICE FILED | UPON THE MIRIAM HOSPITAL————SERVED ON 2/8/08<br>Affiliated: SMYTH, JOHN |
| 02-12-2008 | SUMMONS,PROOF OF SERVICE FILED | UPON RHODE ISLAND HOSPITAL——SERVED ON 2/8/08<br>Affiliated: SMYTH, JOHN |
| 02-21-2008 | ENTRY OF APPEARANCE | Affiliated: JESTINGS, WILLIAM H. |
| 02-21-2008 | ANSWER FILED | & MIRIAM HOSPITAL TO COMPLAINT<br>Affiliated: RHODE ISLAND HOSPITAL |
| 02-28-2008 | NOTICE | OF FILING NOT OF REMOVAL W/ US DISTRICT COURT<br>Affiliated: GENERAL ELECTRIC COMPANY |
| 03-03-2008 | NOTICE OF REMOVAL | TO US DISTRICT COURT——CASE # CA08-068S.<br>Affiliated: GENERAL ELECTRIC |

True Copy Attest



Office of Clerk of Superior Court
County of Washington
Wakefield, Rhode Island

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS

SUPERIOR COURT

CIVIL DOCKET SHEET

Case ID: WC-2008-0080 JOHN SMYTH V GENERAL ELECTRIC CO

COMPANY

03-03-2008 CASE REMVD TO US DISTRICT CT

03-03-2008 OTH DOC FILED DURING DISCOV

True Copy Attest



Offices of Clerk of Superior Court
County of Washington
Wakefield, Rhode Island