STATE OF RHODE ISLAND
WASHINGTON, S.C.

SUPERIOR COURT

SUPERIOR COURT
FILED
COURTLAND R. CHAPMAN, JR.
08 FEB 21 PM 1:32

JOHN SMYTH and CYNTHIA SMYTH,
Plaintiffs,

VS.

C.A No. WC2008-0080

GENERAL ELECTRIC COMPANY,
GE HEALTHCARE, INC.,
GE HEALTHCARE BIO-SCIENCES CORP.,
RHODE ISLAND HOSPITAL
and THE MIRIAM HOSPITAL,
Defendants

ANSWER OF DEFENDANT THE MIRIAM HOSPITAL TO PLAINTIFFS' COMPLAINT

PARTIES, VENUE AND JURISDICTION

1. Defendant admits paragraph 1.

2.-8. Defendant is without knowledge or information sufficient to form a belief as to the allegations contained in paragraphs 2 through 8 and leaves the plaintiffs to their proof of the same.

9. Defendant admits paragraph 9.

10. Defendant admits paragraph 10.

11.-26 Defendant is without knowledge or information sufficient to form a belief as to the allegations contained in paragraphs 11 through 26 and leaves the plaintiffs to their proof of the same.

27. Defendant admits a "black box" warning was provided for Omniscan in May of 2007. Defendant is without knowledge or information sufficient to form a belief as to the remaining allegations contained in paragraph 27 and leaves the plaintiffs to their proof of the same.

28. Defendant is without knowledge or information sufficient to form a belief as to the allegations contained in paragraph 28 and leaves the plaintiffs to their proof of the same.

29. Defendant admits the FDA issued a health advisory in June 2006 concerning its investigation of Omniscan. Defendant is without knowledge or

True Copy Attest

Offices of Clerk of Superior Court
County of Washington
Wakefield, Rhode Island

information sufficient to form a belief as to the remaining allegations contained in paragraph 29 and leaves the plaintiffs to their proof of the same.

30.-46. Defendant is without knowledge or information sufficient to form a belief as to the allegations contained in paragraphs 30 through 46 and leaves the plaintiffs to their proof of the same.

COUNT I – GE DEFENDANTS

47. Defendant reavers its answers to each and every allegation set forth in the preceding paragraphs and makes them its answer to paragraph 47 of Count I.

48.-50. Defendant makes no answer to the allegations contained in paragraphs 48 through 50 as they do not apply to this defendant. Insofar as any allegation is found to apply it is expressly denied.

COUNT II – GE DEFENDANTS

51. Defendant reavers its answer to each and every allegation set forth in the preceding paragraphs and makes them its answer to paragraph 51 of Count II.

52.-55. Defendant makes no answer to the allegations contained in paragraphs 52 through 55 as they do not apply to this defendant, however, should any allegations be found to apply it is expressly denied.

COUNT III – GE DEFENDANTS

56. Defendant reavers its answers to each and every allegation set forth in the preceding paragraphs and makes them its answer to paragraph 56 of Count III.

57.-59. Defendant makes no answer to the allegations contained in paragraphs 57 through 59 as they do not apply to this defendant, but insofar as any allegations should be found to apply it is hereby expressly denied.

COUNT IV – GE DEFENDANTS

60. Defendant reavers its answers to each and every allegation set forth in the preceding paragraphs and makes them its answer to paragraph 60 of Count IV.

61.-64. Defendant makes no answer to the allegations contained in paragraphs 61 through 64 as they do not apply to this defendant, but should any allegation be found to apply it is hereby expressly denied.

True Copy Attest
Offices of Clerk of Superior Court
County of Washington
Wakefield, Rhode Island

COUNT V – GE DEFENDANTS

65. Defendant reavers its answers to each and every allegation set forth in the preceding paragraphs and makes them its answer to paragraph 65 of Count V.

66.-68. Defendant makes no answer to the allegations contained in paragraph 66 through 68 as they do not apply to this defendant but should any allegation be found to apply it is hereby expressly denied.

COUNT VI – GE DEFENDANTS

69. Defendant reavers its answers to each and every allegation set forth in the preceding paragraphs and makes them its answer to paragraph 69 of Count VI.

70.-74. Defendant makes no answer to the allegations contained in paragraphs 70 through 74 as they do not apply to this defendant but should any allegation be found to apply it is hereby expressly denied.

COUNT VII – GE DEFENDANTS

75. Defendant reavers its answers to each and every allegation set forth in the preceding paragraphs and makes them its answer to paragraph 75 of Count VII.

76.-81. Defendant makes no answer to the allegations contained in paragraphs 76 through 81 as they do not apply to this defendant but should any allegation be found to apply it is hereby expressly denied.

COUNT VIII – GE DEFENDANTS

82. Defendant reavers its answer to each and every allegation set forth in the preceding paragraphs and makes them its answer to paragraph 82 of Count VIII.

83.-88. Defendant makes no answer to the allegations contained in paragraphs 83 through 88 as they do not apply to this defendant but should any allegation be found to apply it is hereby expressly denied.

COUNT IX – GE DEFENDANTS

89. Defendant reavers its answers to each and every allegation set forth in the preceding paragraphs and makes them its answer to paragraph 89 of Count IX.

90.-92. Defendant makes no answer to the allegations contained in paragraphs 90 through 92 as they do not apply to this defendant but should any allegation be found to apply it is hereby expressly denied.

True Copy Attest

Offices of Clerk of Superior Court
County of Washington
Wakefield, Rhode Island

COUNT X – GE DEFENDANTS

93. Defendant reavers its answers to each and every allegation set forth in the preceding paragraphs and makes them its answer to paragraph 93 of Count X.

94.-97. Defendant makes no answer to the allegations contained in paragraphs 94 through 97 as they do not apply to this defendant but should any allegation be found to apply it is hereby expressly denied.

COUNT XI – GE DEFENDANTS

98. Defendant reavers its answers to each and every allegation set forth in the preceding paragraphs and makes them its answer to paragraph 98 of Count XI.

99.-107. Defendant makes no answer to the allegations contained in paragraphs 99 through 107 as they do not apply to this defendant but should any allegation be found to apply it is hereby expressly denied.

COUNT XII – GE DEFENDANTS

108. Defendant reavers its answers to each and every allegation set forth in the preceding paragraphs and makes them its answer to paragraph 108 of Count XII.

109.-113. Defendant makes no answer to the allegations contained in paragraphs 109 through 113 as they do not apply to this defendant but should any allegation be found to apply it is hereby expressly denied.

COUNT XIII – RHODE ISLAND HOSPITAL

114. Defendant reavers its answers to each and every allegation set forth in the preceding paragraphs and makes them its answer to paragraph 114 of Count XIII.

115. Defendant denies paragraph 115.

116. Defendant denies paragraph 116.

117. Defendant denies paragraph 117.

118. Defendant denies paragraph 118.

119. Defendant denies paragraph 119.

COUNT XIII [sic] – RHODE ISLAND HOSPITAL

120. Defendant reavers its answer to each and every allegation set forth in the preceding paragraphs and makes them its answer to paragraph 120 of Count XIII [sic].

True Copy Attest:

Offices of Clerk of Superior Court
County of Washington
Wakefield, Rhode Island

121. Defendant denies paragraph 121.

122. Defendant denies paragraph 122.

123. Defendant denies paragraph 123.

124. Defendant denies paragraph 124.

125. Defendant denies paragraph 125.

COUNT XIV – MIRIAM HOSPITAL

126. Defendant reavers its answers to each and every allegation set forth in the preceding paragraphs and makes them its answer to paragraph 126 of Count XIV.

127. Defendant denies paragraph 127.

128. Defendant denies paragraph 128.

129. Defendant denies paragraph 129.

130. Defendant denies paragraph 130.

131. Defendant denies paragraph 131.

COUNT XV

132. Defendant reavers its answers to each and every allegation set forth in the preceding paragraphs and makes them its answer to paragraph 132.

133. Defendant is without knowledge or information sufficient to form a belief as to the allegations contained in paragraph 133 and leaves the plaintiffs to their proof of the same.

134. Defendant denies the allegations contained in paragraph 134 as they apply to this defendant. Defendant is without knowledge or information sufficient to form a belief as to the allegations against the remaining defendants and leaves the plaintiffs to their proof of the same.

WHEREFORE, defendant demands judgment against the plaintiffs together with its costs.

True Copy Attest

Offices of Clerk of Superior Court
County of Washington
Wakefield, Rhode Island

SECOND DEFENSE

Defendant affirmatively pleads plaintiffs' injuries, if any, were caused by third parties over whose conduct defendant does not have control.

THIRD DEFENSE

Defendant affirmatively pleads Plaintiffs' Complaint with regard to attorneys' fees fails to state a claim upon which relief may be granted.

Defendant, The Miriam Hospital,
By its Attorneys,

William H. Jestings, Esq. (# 2981)
Carroll, Kelly & Murphy
One Turks Head Place, Suite 400
Providence, Rhode Island 02903

Defendant claims trial by jury as to all issues.

Defendant, The Miriam Hospital,
By its Attorneys,

William H. Jestings, Esq. (# 2981)
Carroll, Kelly & Murphy
One Turks Head Place, Suite 400
Providence, Rhode Island 02903
Tel (401) 331-7272
Fax (401) 331-4404
E-mail: wjestings@ckmlaw.com

True Copy Attest

Offices of Clerk of Superior Court
County of Washington
Wakefield, Rhode Island

CERTIFICATION

I hereby certify that I mailed a true copy of the within to all attorneys of record listed below on this 20th day of February, 2008:

David E. Maglio, Esquire
David E. Maglio & Associates, P.C.
The Owen Building
101 Dyer Street, Second Floor
Providence, RI 02903

Judith Lardley

H:\RI Hospital\RIH\Rhode Island Hospital\Smyth, John #07203\Pleadings\RIH Ans to Complaint (2-20-08).doc(JAL)



True Copy Attest

Offices of Clerk of Superior Court
County of Washington
Wakefield, Rhode Island