**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| JOHN SMYTH and CYNTHIA SMYTH<br><br>Plaintiffs,<br><br>v.<br><br>GENERAL ELECTRIC COMPANY,<br>GE HEALTHCARE, INC.,<br>GE HEALTHCARE BIO-SCIENCES CORP.,<br>RHODE ISLAND HOSPITAL and<br>THE MIRIAM HOSPITAL<br><br>Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | C.A. No. 08-0068 |

**ENTRY OF APPEARANCE**

I, Brent R. Canning, hereby enter my appearance on behalf of General Electric Company, GE Healthcare, Inc. and GE Healthcare Bio-Sciences Corp.

/s/ Brent R. Canning
Gerald J. Petros (#2931)
Brent R. Canning (#5546)
Hinckley, Allen & Snyder LLP
50 Kennedy Plaza, Suite 1500
Providence, RI 02903
(401) 274-2000
(401) 277-9600

#876529v1
057154-135159

**CERTIFICATION**

David E. Maglio, Esq.
David E. Maglio & Associates, P.C.
The Owen Building
101 Dyer Street, Second Floor
Providence, RI 02903

William Jestings, Esq.
Carroll, Kelly & Murphy
One Turks Head
Providence, RI 02903

I certify that I mailed a copy of the foregoing Entry of Appearance to counsel of record, as above, on March 10, 2008.

/s/ Brent R. Canning