**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| JOHN SMYTH and CYNTHIA SMYTH<br><br>Plaintiffs,<br><br>v.<br><br>GENERAL ELECTRIC COMPANY,<br>GE HEALTHCARE, INC.,<br>GE HEALTHCARE BIO-SCIENCES CORP.,<br>RHODE ISLAND HOSPITAL and<br>THE MIRIAM HOSPITAL<br><br>Defendants. | : | C.A. No. 08-0068 |

**STIPULATION**

It is hereby agreed by and between the undersigned parties:

1. General Electric Company shall have up to and including March 13, 2008 to file its Answer;

2. GE Healthcare, Inc. shall have up to and including March 13, 2008 to file its Answer; and

3. GE Healthcare Bio-Sciences Corp. shall have up to and including April 6, 2008 to file its Answer.

JOHN SMYTH and CYNTHIA SMYTH

By their Attorneys

/s/ David E. Maglio
David E. Maglio, Esq. (#3459)
David E. Maglio & Associates, P.C.
101 Dyer Street, #2F
Providence, Rhode Island 02903
401.831.5400 (TEL)
401.831.7979 (FAX)

GENERAL ELECTRIC COMPANY,
GE HEALTHCARE INC., and
GE HEALTHCARE BIO-SCIENCES
CORP.

By its Attorneys,

/s/ Brent R. Canning
Gerald J. Petros, Esq. (#2931)
Brent R. Canning, Esq. (#5546)
HINCKLEY, ALLEN & SNYDER LLP
50 Kennedy Plaza, Suite 1500
Providence, RI 02903
401.274.2000 (TEL)
401.277.9600 (FAX)

Dated: March 10, 2008