**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| JOHN SMYTH and CYNTHIA SMYTH | : | |
| | : | |
| v. | : | C.A. No. 08-0068 |
| | : | |
| GENERAL ELECTRIC COMPANY,<br>GE HEALTHCARE, INC.,<br>GE HEALTHCARE BIO-SCIENCES CORP.,<br>RHODE ISLAND HOSPITAL and<br>THE MIRIAM HOSPITAL | :<br>:<br>:<br>:<br>: | |

**ASSENTED-TO MOTION TO SEVER AND REMAND**

Pursuant to Rule 21, Defendants General Electric Company, GE Healthcare Inc., and GE Healthcare Bio-Sciences Corp. (collectively the "GE Defendants") hereby move the Court to sever and remand all claims brought by the Plaintiffs against Defendants Rhode Island Hospital and The Miriam Hospital (the "Medical Defendants"). Both the Plaintiffs and the Medical Defendants assent to the granting of this Motion.

In support of this Motion, the GE Defendants state that this action is one of over 80 products liability actions now pending against manufacturers of Gadolinium-based contrast agents. On February 27, 2008, the Judicial Panel on Multi-District Litigation ("JPML") established an MDL for Gadolinium-based-product cases and ordered pending cases transferred to the United States District Court for the Northern District of Ohio. On March 17, 2008, the JPML designated this case as a "tag-along" action and it entered a conditional order of transfer.

The medical negligence claims alleged against the Medical Defendants are legally and factually distinct from the products-liability claims alleged against the GE Defendants in this case and the dozens of other cases that have been transferred to the MDL Court. There is no independent basis for federal court jurisdiction over the Medical

Defendants. To preserve diversity jurisdiction over the GE Defendants and ensure the efficient administration of justice, all claims against the Medical Defendants should be severed and remanded to the Rhode Island Superior Court.

GENERAL ELECTRIC COMPANY,
GE HEALTHCARE INC.,
GE HEALTHCARE BIO-SCIENCES CORP.
By their Attorneys,

/s/ Brent R. Canning

Gerald J. Petros, Esq. (#2931)
Brent R. Canning, Esq. (#5546)
HINCKLEY, ALLEN & SNYDER LLP
50 Kennedy Plaza, Suite 1500
Providence, RI 02903
401.274.2000 (TEL)
401.277.9600 (FAX)
bcanning@haslaw.com
gpetros@haslaw.com

Of Counsel:

Heidi L. Levine, Esq.
DLA Piper US LLP
1251 Avenue of the Americas
New York, New York 10020-1104

**CERTIFICATE OF SERVICE**

I hereby certify that on March 28, 2008, I electronically filed the foregoing DEFENDANTS GENERAL ELECTRIC COMPANY, GE HEALTHCARE INC., and GE HEALTHCARE BIO-SCIENCES CORP.'s Assented-To Motion to Sever and Remand with the Clerk of Court using the CM/ECF system which will send e-mail notification of such filing to the following attorney of record:

David E. Maglio, Esq.
The Owen Building
101 Dyer Street, Second Floor
Providence, Rhode Island 02903

and by first class mail, postage-prepaid to:

William Jestings, Esq.
Carroll, Kelly & Murphy
One Turks Head
Providence, RI 02903

/s/ Brent R. Canning