**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| JOHN SMYTH and CYNTHIA SMYTH | : | |
| | : | |
| v. | : | C.A. No. 08-0068 |
| | : | |
| GENERAL ELECTRIC COMPANY, | : | |
| GE HEALTHCARE, INC., | : | |
| GE HEALTHCARE BIO-SCIENCES CORP., | : | |
| RHODE ISLAND HOSPITAL and | : | |
| THE MIRIAM HOSPITAL | : | |

**DISMISSAL STIPULATION**

Pursuant to Rule 41(a)(1)(ii), Plaintiffs' claims against GE Healthcare Bio-Sciences Corp. are hereby dismissed without prejudice.

GENERAL ELECTRIC COMPANY,
GE HEALTHCARE INC., and
GE HEALTHCARE BIO-SCIENCES CORP.
By their Attorneys,

/s/ Brent R. Canning
Brent R. Canning, 5546
HINCKLEY, ALLEN & SNYDER LLP
50 Kennedy Plaza, Suite 1500
Providence, RI 02903
401.274.2000 (TEL)
401.277.9600 (FAX)

JOHN SMYTH and CYNTHIA SMYTH
By their Attorneys,

/s/ David E. Maglio
David E. Maglio, 3459
David E. Maglio & Associates, P.C.
The Owen Building
101 Dyer Street, Second Floor
Providence, RI 02903
401.831.5400 (TEL)
401.833.7979 (FAX)

RHODE ISLAND HOSPITAL and
THE MIRIAM HOSPITAL
By their Attorneys,

/s/ William H. Jestings
William H. Jestings, 2981
Carroll, Kelly & Murphy
One Turks Head
Providence, RI 02903
401.331.7272 (TEL)
401.331.4404 (FAX)

#880149v1